IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Harry Byrd, III,<br><br>        Plaintiff,<br><br>vs.<br><br>People of Color Network, et al.,<br><br>        Defendants. | No. CIV 09-2424-PHX-DGC<br><br>**REPORT AND RECOMMENDATION** |

TO THE HONORABLE DAVID G. CAMPBELL, U.S. DISTRICT JUDGE:

The Complaint in this matter was filed November 19, 2009, along with Plaintiff's Motion to Proceed in Forma Pauperis (Doc. #4). On December 16, 2009, the Court denied Plaintiff's Motion (Doc. #7). After the Court granted Plaintiff's motion to extend the time for him to pay the filing fee, Plaintiff filed a Motion for Reconsideration of the Court's December 16, 2009 Order (Doc. #10). On February 23, 2010, the Court issued an Order directing the Plaintiff to file an Amended Motion to Proceed in Forma Pauperis (Doc. #12). In that Order the Plaintiff was advised that failure to comply with said Order could result in the dismissal of this action. Plaintiff has failed to comply with the Court's February 23, 2010 Order and has not submitted an Amended Motion nor has Plaintiff paid the required filing fee or demonstrated that he qualifies for in forma pauperis status.

**IT IS THEREFORE RECOMMENDED** that due to Plaintiff's failure to comply with this Court's Order, that this action be dismissed.

This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the district court's judgment. The parties shall have fourteen days from the date of service of a copy of this recommendation within which to file specific written objections with the Court. *See*, 28 U.S.C. § 636(b)(1); Rules 72, 6(a), 6(b), Federal Rules of Civil Procedure. Thereafter, the parties have fourteen days within which to file a response to the objections. Failure timely to file objections to the Magistrate Judge's Report and Recommendation may result in the acceptance of the Report and Recommendation by the district court without further review. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Failure timely to file objections to any factual determinations of the Magistrate Judge will be considered a waiver of a party's right to appellate review of the findings of fact in an order or judgment entered pursuant to the Magistrate Judge's recommendation. *See* Rule 72, Federal Rules of Civil Procedure.

DATED this 9th day of April, 2010.

_____
David K. Duncan
United States Magistrate Judge